**FILED**
September 19, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TIMOTHY EDWARD CHACON, ) <br> ) <br> Defendant. ) | CASE NUMBER: 3:13-mj-00014-CMK <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Timothy Edward Chacon</u>; Case <u>3:13-mj-00014-CMK</u> from custody and for the following reasons:

\_   Release on Personal Recognizance

\_   Bail Posted in the Sum of _____

_X_   Unsecured Appearance Bond in the amount of $100,000.00; co-signed by defendant's father, Timothy Ray Chacon

\_   Appearance Bond with 10% Deposit

\_   Appearance Bond secured by Real Property

\_   Corporate Surety Bail Bond

_X_   (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>9/19/2013</u> at 3:00 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge