BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 3:13-MJ-00014-CMK |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING PRELIMINARY HEARING<br>) DATE |
| TIMOTHY CHACON, | ) |
| Defendant. | ) Judge: Hon. Dale A. Drozd |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On September 19, 2013, this matter was set for a Preliminary Hearing on October 25, 2013.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until December 5, 2013, at 2:00 p.m., before Magistrate Judge Carolyn K. Delaney.
3. The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this

Stipulation to Continue                    1                    United States v. Chacon

matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

4. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED**.

DATED: October 22, 2013        /s/ Justin L. Lee
                               JUSTIN L. LEE
                               Assistant U.S. Attorney

DATED: October 22, 2013        /s/ Gary A. Talesfore
                               GARY A. TALESFORE
                               Attorney for Timothy Chacon
                               (as authorized on October 22, 2013)

**ORDER**

    IT IS SO ORDERED.

Dated:   October 22, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Chacon0014.stipord.cont.PE