BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 3:13-MJ-00014-CMK |
|  | ) |
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) CONTINUING PRELIMINARY HEARING |
|  | ) DATE |
| TIMOTHY CHACON, | ) |
|  | ) |
|  | ) Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) |
|  | ) |
|  | ) |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on December 5, 2013.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until January 17, 2014, at 2:00 p.m.
3. The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel

Stipulation to Continue                 1                  United States v. Chacon

for the defendant reasonable time necessary for preparation and further investigation.

4. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED**.

DATED: December 4, 2013       /s/ Justin L. Lee
                              JUSTIN L. LEE
                              Assistant U.S. Attorney

DATED: December 4, 2013       /s/ Gary A. Talesfore
                              GARY A. TALESFORE
                              Attorney for Timothy Chacon
                              (as authorized on December 4, 2013)

### ORDER

IT IS SO FOUND AND ORDERED, this _5th__ day of December, 2013.


                              /s/ Carolyn K. Delaney
                              Hon. CAROLYN K. DELANEY
                              United States Magistrate Judge