Gary A. Talesfore
California Bar No. 133116
Law Office of Gary A. Talesfore
2300 N Street, Suite 1
Sacramento, CA 95816

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY CHACON,<br><br>　　　　Defendant | 3:13-MJ-00014-CMK<br><br>STIPULATION AND PROPOSED ORDER AMENDING SPECIAL CONDITIONS OF RELEASE<br><br>DATE:<br><br>Judge: Hon. Allison Claire |

　　　　The defendant, by and through his counsel of record, and the United States, by and through its undersigned counsel, hereby stipulates as follows:

　　　　Defendant requests the following considerations to be approved by the pretrial services officer and the court regarding defendant's special conditions of release:

　　　　Temporarily amend Special Condition #12 to extend defendant's 9:00 p.m. curfew to 10:30 p.m. on December 21, 2013 <u>only</u> to allow defendant to attend his daughter's dance recital in Redding, CA.

　　　　Temporarily amend Special Condition #4 to allow defendant to travel to Redding, CA to visit his daughter on December 24, 2013, and stay overnight, so that he may be present when his

1

daughter opens her presents on Christmas morning. During this time the defendant will not be subject to electronic monitoring. Defendant will return to his father's residence no later than 12 Noon on December 25, 2013.

DATED:  December 16, 2013 /s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

DATED:  December 16, 2013 /s/ Gary A. Talesfore
GARY A. TALESFORE
Attorney for Timothy Chacon

**ORDER**

IT IS SO FOUND AND ORDERED, this 19th day of December 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE